AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00195 |
| **Vincent Tyree** | ) Assigned To: Judge Harvey, G. Michael |
| DOB: ████ | ) Assign. Date: 8/31/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 30, 2025__ in the county of __Washington__ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting, resisting, or impeding certain officers or employees (simple assault) |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Stephen Walker, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/31/2025

*Judge's signature*

City and state: Washington, DC    G. Michael Harvey, Magistrate Judge
*Printed name and title*