Case 1:25-mj-00195-GMH    Document 1-1

Case: 1:25-mj-00195
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/31/2025
Description: COMPLAINT W/ARREST WARRANT

## **STATEMENT OF FACTS**

1. This affiant does not have direct knowledge of the facts contained within this complaint. The information contained within this complaint is a compilation of information that was provided to this affiant by other law enforcement officers that were present when the following incident occurred.

2. On August 30, 2025, Officers from the Metropolitan Police Department, and members of various federal agencies were patrolling in the vicinity of 3313 Tenth Place SE Washington, DC. Based upon information relayed to this affiant from members of the Metropolitan Police Department, the Metropolitan Police Department has previously recovered narcotics and weapons in this area. While the law enforcement officers were conducting their patrol, a large gathering of approximately 50 people was observed. The law enforcement officers began conducting a foot patrol in this area.

3. During the law enforcement officers' foot patrol, a group of the individuals began making comments to Special Agent C.R. of the Federal Bureau of Investigation. An individual, who was later identified as Vincent Tyree, stepped closer to Special Agent C.R. and told Special Agent C.R. that he was going to "beat [Special Agent C.R.'s] fucking ass." Special Agent C.R. questioned the individual if he was threatening an FBI Special Agent. The defendant responded by saying something approximating, "no, no, no I want to box a few rounds with you." After the defendant made these comments, his chest began contacting Special Agent C.R.'s shoulder.

4. Agents from various federal agencies began taking the defendant into custody. The defendant began to actively resist Agents as he was taken into custody. Once the defendant was placed into handcuffs, and Agents were attempting to escort him to a transport vehicle, he stopped walking. Agents had to physically pick up the defendant and walk him to a transport

vehicle. After the defendant was placed inside of a vehicle, Agents attempted to remove the defendant to conduct a search of his person. While removing the defendant from the vehicle, the defendant said that he was going to kick the Agents. The defendant leaned himself back in the seat of the vehicle and lifted his foot off the ground.

5. Agents physically removed the defendant from the vehicle and requested a Metropolitan Police Department transport vehicle to the scene. As Agents were escorting the defendant to the Metropolitan Transport Vehicle, he began telling Agents that he could not breathe and stopped walking. At the defendant's request, he was taken to a local hospital for a medical evaluation.

6. Based on the foregoing, I submit that probable cause exists to believe that the defendant, VINCENT TYREE, violated 18 U.S.C. § 111(a)(1) (Assaulting, resisting, or impeding certain officers or employees) by forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with any person designated in section 1114 of Title 18, specifically, C.R., a Special Agent employed by the Federal Bureau of Investigation, while he was engaged in or on account of their performance of official duties. I submit that probable cause exists to believe that VINCENT TYREE's actions constituted a simple assault.

_____
SA STEPHEN WALKER, FBI

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on August 31, 2025.*

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE